[No. 48116-2-II.   Division Two.   January 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN PALACIOS AQUINO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03964-8, Philip K. Sorensen, J., entered October 2, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 48131-6-II.   Division Two.   January 18, 2017.]

THE STATE OF WASHINGTON, *Appellant*, vs. BRENTON ALLEN SMITH, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 15-1-00248-1, Daniel Goodell and Amber L. Finlay, JJ., entered August 18, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.

[No. 48181-2-II.   Division Two.   January 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LATRINA DESHELL MCNAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-03053-5, Gerald T. Costello, J., entered August 28, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Johanson, J.

[No. 48308-4-II.   Division Two.   January 18, 2017.]

MARK MAYKO ET AL., *Respondents*, v. PACIFIC COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 14-2-00350-3, F. Mark McCauley, J., entered October 30, 2015. *Reversed* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.